5-17-cr-560-9 Gabriel Arturo Castillo

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – LAREDO DIVISION
OFFICE OF THE CLERK

**NATHAN OSCHNER**
**CLERK**

1300 Victoria Street
Laredo, Texas 78040
(956) 723-3542

# SCHEDULING ORDER

## I. Discovery, Pretrial Motions and Responses

The Discovery deadline is February 2, 2026. Pretrial Motions deadline is February 17, 2026. Any motions filed must comport with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2, and District Judge Garcia Marmolejo's Court Procedures in Criminal Cases, in particular Rule 6. Governments response deadline is March 4, 2026.

## II. Motions for Continuance

Motions for Continuance must be filed at least three (3) business days prior to the date of the court setting and will be granted only at the Court's discretion. Motions for Continuance made on the day the matter is set will not be granted absent a showing of good cause.

## III. Final Pretrial Conference

The Final Pretrial Conference (FPTC) is set for April 7, 2026 at 9:00 a.m. before U.S. District Judge Marina Garcia Marmolejo in Courtroom 3B.

> **The parties must engage in timely plea negotiations. The FPTC date is NOT the date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or proceed to trial on announcement.**

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN BOND FORFEITURE.**

*BY ORDER OF THE COURT.*

NATHAN OSCHNER

CLERK OF COURT
By: *Angie Treviño*
Angie Treviño, Case Manager for
JUDGE MARINA GARCIA MARMOLEJO
(956) 790-1364